IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID J. BESING, Individually and Derivatively
on Behalf of ENVIRONMENTAL ADAPTATIONS,
INC., a Texas corporation,

       Plaintiffs,

vs.                                                  Civ. No. 95-1193 MV/WWD

JERRY FRANCE, et al.,

       Defendants.

## MEMORANDUM OPINION AND ORDER

       This matter comes before the Court upon Plaintiffs' Motion to Extend Case-Management Deadlines [docket no. 126], which motion is opposed.  I have reviewed the submissions of counsel and I note that this matter commenced in 1995.  The motion to extend case management deadlines is not well taken; particularly, in view of Plaintiffs' dilatory conduct in connection with discovery matters in this cause.

       **WHEREFORE,**

       **IT IS ORDERED** that Plaintiffs' Motion to Extend Case-Management Deadlines be, and it hereby is, DENIED.

                                                           _____
                                                            UNITED STATES MAGISTRATE JUDGE